UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   14-06339 |
| ANDREW S. APGAR | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor(s) | ) | |

Agreed

## ORDER MODIFYING MARCH 25, 2014 CHAPTER 13 PLAN

IT IS HEREBY ORDERED:

1. Provision 1 in Section G of the March 25, 2014 Chapter 13 Plan (Docket Entry 13) is modified to read as follows:

"Debtor is surrendering the real property located at 1753 N. Hicks Road, Palatine, Illinois to Ocwen Loan Servicing, LLC AND JPMORGAN CHASE in full satisfaction of their secured claims"

Dated: JUN - 2 2014

Enter: _____
United States Bankruptcy Judge

**Prepared by:**
Mohammed Badwan ARDC #6299011
Counsel for Debtor
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
(630)575-8181

Rev: 20130103_bko